IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONNIE J. SINGLETON, # AIS 232336,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 04-0484-CG-D |
| **MOBILE COUNTY METRO JAIL, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because plaintiff's federal claims are either frivolous or fail to state a claim upon which relief can be granted.  Moreover, it is further **ORDERED** that supplemental jurisdiction over any state law claims is **DECLINED** because there are no federal claims remaining in this action.

**DONE and ORDERED** this 17th day of August, 2005.

/s/   Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE